# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                    Case No. 99-80504

v.

                                    HONORABLE DENISE PAGE HOOD

**LARRIE HOGAN,**

    **Defendant.**

_____/

## ORDER DENYING DEFENDANT'S MOTION TO FILE DELAY [SIC] 2255 ON NEW [SIC] DISCOVERED EVIDENCE

       This matter is before the Court on Defendant's Motion to File Delay [sic] 2255 on New [sic] Discovered Evidence, filed June 18, 2004.  On March 26, 2002, this Court denied a similar Motion filed by Defendant.  In his most-recent Motion, Defendant asserts he has newly discovered evidence that would support his Section 2255 application.  As noted in the March 26, 2002 Order, federal courts lack jurisdiction to consider a request for an extension of time to file a Section 2255 motion.  *In re Application of Wattanasiri*, 982 F. Supp. 955, 957-58 (S.D.N.Y. 1997).  Defendant's Motion is therefore denied.

       Accordingly,

       IT IS ORDERED that  Defendant's Motion to File Delay [sic] 2255 on New [sic] Discovered Evidence **[Docket No. 66, filed June 18, 2004]** is DENIED.

                                                          /s/ Denise Page Hood
                                                      DENISE PAGE HOOD
                                                       UNITED STATES DISTRICT JUDGE

DATED:   July 25, 2005